JOHN D. SPICER, Respondent, *v.* THE FIRST NATIONAL BANK OF FORT EDWARD, Appellant, Impleaded with Others.

*Spicer v. First National Bank*, 55 App. Div. 172, affirmed.
(Argued January 20, 1902; decided February 11, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 20, 1900, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*A. D. Wait* for appellant.

*Edgar T. Brackett, Lewis E. Griffith* and *George B. Pattison* for respondent.

Judgment affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.